HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ARTHUR ALBERT MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR ALBERT MORALES,<br><br>Defendant. | No. Cr. S 2:12-cr-396 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, ARTHUR ALBERT MORALES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.    On July 30, 2013, this Court sentenced Mr. Morales to a total term of 90 months imprisonment;

3.    His total offense level was 31, his criminal history category was III, and the resulting guideline range was 135 to 168 months. He received a reduction off the low-end of the range and the mandatory minimum on the government's motion;

Stipulation and Order Re: Sentence Reduction           1

4. The sentencing range applicable to Mr. Morales was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Morales' total offense level has been reduced from 31 to 29, and his amended guideline range is 108 to 135 months. A reduction comparable to the one he received initially yields a term of 72 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Morales' term of imprisonment to a term of 72 months.

Respectfully submitted,

Dated: October 15, 2015                    Dated: October 15, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                     Federal Defender


 /s/ *Jason Hitt*                           /s/ *Hannah R. Labaree*
JASON HITT                                 HANNAH R. LABAREE
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   ARTHUR ALBERT MORALES

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Morales is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 108 to 135 months. A reduction comparable to the one he received initially yields a term of 72 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2013 is reduced to a term of 72 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Morales shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 19, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge