AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   2:12CR00396 -01 |
| ARTHUR ALBERT MORALES | ) | |
| | ) | USM No:   69453-097 |
| Date of Original Judgment:   7/30/2013 | ) | |
| Date of Previous Amended Judgment: | ) | HANNAH R. LABAREE, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____90_____ months **is reduced to** _____72 MONTHS_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____8/1/2013_____ shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date:   10/20/2015 | /s/ John A. Mendez |
| | *Judge's signature* |
| Effective Date:   11/1/2015 | JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE |
| *(if different from order date)* | *Printed name and title* |